# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: D. C.M. S.; R. D. M., JR. AND M. A. S., MINORS.

No. 74069

TIARA SMITH,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; D. C.M. S.; R. D. M., JR.; AND M. A. S., MINORS,
Respondents.

FILED

DEC 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK


## ORDER DISMISSING APPEAL

On October 2, 2017, appellant filed an application to proceed in forma pauperis with this court. On October 20, 2017, this court entered an order regarding filing fee instructing appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not contacted the district court or paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A. B_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-44977

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Tiara Smith
Legal Aid Center of Southern Nevada, Inc.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

2